1  Frank P. Kelly, SBN 083473
   fkelly@shb.com
2  Patrick J. Gregory, SBN 206121
   pgregory@shb.com
3  Amir Nassihi, SBN 235936
   anassihi@shb.com
4  Katherine A. Wolf, SBN 267763
   kwolf@shb.com
5  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
6  San Francisco, California 94104
   Telephone:  (415) 544-1900
7  Facsimile:  (415) 391-0281

8  Attorneys for Defendant Ford Motor Company

9

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14                                          | Case No.  3:16-cv-06297-WHO

15   ROSCOE WALKER,

16          Plaintiff,                       | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

17       v.

18   FORD MOTOR COMPANY,                      | Judge: Hon. William H. Orrick

19          Defendant.

20

21

22

23

24

25

26

27

28

369751 V1

Pursuant to paragraph 1(d) of the Case Management Order (Dkt. 13) and Civil Local Rules 6.1(b), 6-2, and 7-12 of the Northern District of California, IT IS HEREBY STIPULATED by and between the parties to the above-captioned action that the February 7, 2017 Case Management Conference be continued to April 18, 2017.

Because the order setting the February 7 case management conference was only entered on January 20, 2017 (Dkt. 13), the parties have not had the opportunity to conduct a Rule 26(f) conference.  Further, Defendant filed a Motion to Dismiss Plaintiff's Complaint (Dkt. 15), and it is set to be heard on March 8, 2017.

IT IS HEREBY STIPULATED by and between the parties that the February 7, 2017 case management conference be continued to April 18, 2017, or to a later date convenient to the Court's calendar and the counsel for the parties.


Dated:  January 27, 2017                               Respectfully submitted,

                                                       SHOOK HARDY & BACON L.L.P.


                                                       By:    /s/ Frank P. Kelly
                                                                   Frank P. Kelly
                                                              Attorneys for Defendant
                                                                Ford Motor Company


Dated:  January 27, 2017                               Respectfully submitted,

                                                       LAW OFFICES OF JOSEPH W. CARCIONE, JR.


                                                       By:    /s/ Joshua S. Markowitz
                                                                 Joshua Markowitz
                                                              Attorneys for Plaintiff
                                                                 Roscoe Walker

369751 V1

1

2

### SIGNATURE ATTESTATION

I, Frank P. Kelly, am the ECF User whose ID and password are being used to file this

3

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT

5

CONFERENCE.  In Compliance with Local Rule 5-1(i), I hereby attest that I have obtained Mr.

6

Markowitz's authorization to affix his electronic signature to this document.

7

8

Dated: January 27, 2017                                   SHOOK HARDY & BACON L.L.P.

9

10

By:    */s/ Frank P. Kelly*
                                                                              Frank P. Kelly
                                                                       Attorneys for Defendant
                                                                       Ford Motor Company

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

369751 V1

1

**ORDER**

2

3          The Court hereby orders that the February 7, 2017 Case Management Conference is

4     continued to March 8, 2017, at 2:00 p.m.  A joint case management statement is due not less than

5     seven days before the conference.

6     IT IS SO ORDERED.

7

8     Dated:  February 1, 2017



_____
U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.  3:16-cv-06297-WHO

369751 V1